UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case Number: 19-20646

 v.

MARCELL SCHOCKO,
                                 Honorable Thomas L. Ludington
                                 Magistrate Judge Patricia T. Morris

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On November 7, 2019, United States Magistrate Judge Patricia T. Morris conducted a plea hearing pursuant to Defendant Marchell Schocko's consent. ECF No. 11. The magistrate judge issued her report on November 13, 2019, recommending that this Court accept Defendant's plea of guilty. ECF No. 17.

Although the magistrate judge's report explicitly stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right to appeal the magistrate judge's findings that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed. R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 17, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11

Plea Agreement, ECF No. 14, is taken **UNDER ADVISEMENT**.


Dated: December 4, 2019                              s/Thomas L. Ludington
                                                     THOMAS L. LUDINGTON
                                                     United States District Judge